UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

CASE NO.:  CV 17-06127 SJO (JPRx)          DATE:  November 8, 2017

TITLE:  <u>Monika Taylor v. His and Her Corp., et al</u>

========================================================================

**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz                                          Not Present
Courtroom Clerk                                      Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                          Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Stipulation of Dismissal filed by Plaintiff [ECF # 15].  Accordingly, the Court Orders that this matter shall be dismissed pursuant to the Stipulation of Dismissal.

All hearings set are vacated.

MINUTES FORM 11                                                                    ___ : ___
CIVIL GEN                         Page 1 of 1                   Initials of Preparer    Vpc